■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ROMANICK, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's argument that the People failed to establish probable cause for his arrest is without merit. The People introduced the testimony of both the transmitting and receiving officers in compliance with *People v Lypka* (36 NY2d 210, 213-214; *see also, People v Landy,* 59 NY2d 369, 375-376). The contents of the message were proven and consisted of a detailed description of the vehicle, including the license number. This information was provided by citizens based upon their personal observations *(see, People v Ramsey,* 140 AD2d 638, *lv denied* 72 NY2d 923).

The court's refusal to suppress the identification of defendant after a hearing was correct. The witness's viewing of defendant outside the courthouse was inadvertent and not arranged by police *(see, People v Maddox,* 139 AD2d 597, *lv denied* 72 NY2d 862; *People v Brown,* 126 AD2d 657, *lv denied* 70 NY2d 703). (Appeal from judgment of Genesee County Court, Morton, J.—burglary, second degree, and other charges.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.